STATE OF NEW JERSEY v. CHARLES W. OSBORNE.

May 13, 1980.

Petition for certification denied.

IN THE MATTER OF PAUL J. RICKERSON.

May 13, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH EDWARD PLANTER.

May 13, 1980.

Petition for certification denied.